MARCH 28, 2000

No. 99–1274.  ARLINGTON COUNTY SCHOOL BOARD ET AL. v. TUTTLE ET. AL.  C. A. 4th Cir.  Certiorari dismissed under this Court's Rule 46.1.

APRIL 3, 2000

No. 99–5436.  WILLIAMS v. WISCONSIN.  Sup. Ct. Wis.  Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Florida v. J. L., ante, p. 266.

No. 99–7592.  MORRISON v. OHIO.  Ct. App. Ohio, Cuyahoga County.  Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of Florida v. J. L., ante, p. 266.

No. 99–7970.  SYVERTSON v. FARGO FORUM ET AL.  C. A. 8th Cir.  Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 99–8025.  BIERLEY v. CONNELLY, JUDGE, COURT OF COMMON PLEAS OF PENNSYLVANIA, ERIE COUNTY, ET AL.  C. A. 3d Cir.  Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. D–2153.  IN RE DISBARMENT OF SCALF.  William M. Scalf, of Corbin, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.